NO. 07-02-0147-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JUNE 21, 2002

_____

IN THE INTEREST OF L.A.A.; T.L.A.; J.B.A. AND L.S.A., MINOR CHILDREN

_____

FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;

NO. 2001-513,986; HONORABLE DRUE FARMER, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

On May 20, 2002, the appellant filed a Motion to Withdraw Notice of Appeal averring that he no longer wished to pursue the appeal and that the appeal should be dismissed.

Without passing on the merits of the case, the appellant's Motion to Dismiss Appeal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1(a)(1). All costs are assessed to the parties incurring the same. Having dismissed the appeal at the appellant's request and because the appellee is not opposed to such a request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson
Do not publish.                                                  Justice